United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| SALZGITTER MANNESMANN INTERNATIONAL (USA) INC., | § § § | |
| Petitioner. | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-cv-00030 |
| SUN STEEL COMPANY LLC d/b/a ESMARK STEEL GROUP MIDWEST, LLC, and ESMARK, INC., | § § § § § § | |
| Respondents. | § | |

## FINAL JUDGMENT

This Final Judgment is issued in favor of Salzgitter Mannesmann International (USA) Inc. ("Salzgitter") pursuant to this Court's September 11, 2023 Opinion and Order, confirming a January 26, 2022 arbitration award.

In accordance with this Court's Opinion and Order, is it **ORDERED** that Salzgitter shall have and recover from Respondents Sun Steel Company d/b/a Esmark Steel Group Midwest, LLC and Esmark, Inc. (collectively, "Esmark") the principal debt of $12,689,133.60, jointly and severally, including post-judgment interest compounded annually at a rate of 4.5% for the period from January 26, 2022 until final payment is satisfied. Salzgitter shall further have a recover from Esmark $1,004,062.50 in reasonable attorney's fees and $87,195.80 in arbitration fees and costs.

Signed on this 11th day of September 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE